UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJINDER SINGH SIBIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No. 19-cv-07620-SK (KAW)<br><br>**ORDER TO SHOW CAUSE** |

On November 16, 2020, Plaintiff failed to appear at the telephonic scheduling conference. (Dkt. No. 54.)  The Court rescheduled the telephonic scheduling conference for December 1, 2020.  (*Id.*)  Plaintiff, however, again failed to appear at the December 1, 2020 telephonic scheduling conference.  (Dkt. No. 55.)  The Court subsequently reached out to both counsel for Plaintiff regarding their failure to appear.  As of the date of this order, the Court has not heard from either counsel.

Accordingly, the Court ORDERS Plaintiff's counsel to show cause, by **December 14, 2020**, why they should not be sanctioned by explaining why they repeatedly failed to appear at the telephonic scheduling conferences.

IT IS SO ORDERED.

Dated: December 9, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge